UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Gary Watson,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Backgroundchecks.com LLC; Clarity Services, Inc.; and Trans Union, LLC;<br><br>　　　　Defendants. | Case No. 2:23-cv-01473-JAD-NJK<br>**ORDER GRANTING**<br>**DEFENDANT CLARITY SERVICES, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Complaint Filed:  9/21/23 |

　　　　Defendant Clarity Services, Inc. ("Clarity") and Plaintiff Gary Watson ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Clarity to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

　　　　Plaintiff filed his Complaint on September 21, 2023, and currently, Clarity's responsive pleading is due November 3, 2023.  (ECF No. 1.)  Clarity has just retained counsel in this matter.  The first extension will allow Clarity an opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees if this matter may be resolved after such investigation.  Plaintiff and Clarity stipulate and agree that Clarity shall have an extension until November 24, 2023, to file its responsive pleading.

This is Clarity's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit Clarity an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 24th day of October 2023.

| NAYLOR & BRASTER | LAW OFFICES OF MILES N. CLARK, LLC |
|---|---|
| By: /s/ Jennifer L. Braster<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145 | By: /s/ Miles N. Clark<br>Miles N. Clark<br>Nevada Bar No. 13848<br>5510 S. Fort Apache Rd. Suite 30<br>Las Vegas, NV 89148 |
| *Attorneys for Defendant*<br>*Clarity Services, Inc.* | *Attorneys for Plaintiff Gary Watson* |

**IT IS SO ORDERED.**

Dated this 25th day of October 2023.

_____
UNITED STATES MAGISTRATE JUDGE