# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gary Watson,<br><br>       Plaintiff,<br><br>v.<br><br>Backgroundchecks.com LLC; Clarity Services, Inc.; and Trans Union, LLC;<br><br>       Defendants. | Case No. 2:23-cv-01473-JAD-NJK<br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff GARY WATSON ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint by two weeks from the current deadline of November 24, 2023, up to and including **December 8, 2023.**

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

/ / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: November 17, 2023

Respectfully submitted,

/s/ Miles N. Clark
MILES N. CLARK, ESQ.
LAW OFFICES OF MILES N. CLARK, LLC

*Attorney for Plaintiff*
GARY WATSON

Dated:  November 17, 2023

Respectfully submitted,

/s/ Diana G. Dickinson
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated:  November 20, 2023

_____
UNITED STATES MAGISTRATE JUDGE