Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Plaintiff*
*Gary Watson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY WATSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BACKGROUNDCHECKS.COM LLC; and TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01473-JAD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE**<br><br>Complaint filed:  September 21, 2023<br><br>Assigned to Hon. Judge Jennifer A. Dorsey |

　　　　PLEASE TAKE NOTICE that there are no longer any issues in this matter between Plaintiff Gary Watson ("Plaintiff") and Trans Union LLC ("Trans Union") to be determined by this Court. Plaintiff and Trans Union hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union are hereby dismissed with prejudice, with each

//

Law Office of Miles N. Clark
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com

party to bear his/its own attorneys' fees and costs.

**IT IS SO STIPULATED.**
DATED: March 4, 2024.

| LAW OFFICES OF MILES N. CLARK, LLC | SKANE MILLS LLP |
|---|---|
| /s/ *Miles N. Clark* <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> 5510 So. Fort Apache Rd, Suite 30 <br> Las Vegas, NV 89148 <br> Email: miles@milesclarklaw.com <br><br> *Counsel for Plaintiff* <br> *Gary Watson* | /s/ *Bernadette A. Rigo* <br> Bernadette A. Rigo, Esq. <br> Nevada Bar No. 7882 <br> 1120 Town Center Drive, Suite 200 <br> Las Vegas, NV 89144 <br> Email: brigo@skanemills.com <br><br> *Counsel for Defendant* <br> *Trans Union LLC* |
| **LITTLER MENDELSON, P.C.** <br><br> /s/ *Diana G. Dickinson* <br> Diana G. Dickinson, Esq. <br> Nevada Bar No. 13477 <br> 3960 Howard Hughes Pkwy., Suite 300 <br> Las Vegas, NV 89169 <br> Email: ddickinson@littler.com <br><br> *Counsel for Defendant* <br> *Backgroundchecks.com LLC* | |

## ORDER GRANTING
## STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE

Based on the parties' stipulation [ECF No. 27] and good cause appearing, IT IS HEREBY ORDERED that **Plaintiff's claims against Trans Union, LLC are DISMISSED** with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 12, 2024

*Watson v. Backgroundchecks.com et al*
*Case No. 2:23-cv-01473-JAD-NJK*