Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Plaintiff*
*Gary Watson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY WATSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BACKGROUNDCHECKS.COM LLC; and TRANS UNION LLC,<br><br>　　　　Defendants. | Case No. 2:23-cv-01473-JAD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL OF BACKGROUNDCHECKS.COM LLC, WITH PREJUDICE**<br><br>ECF No. 29 |

PLEASE TAKE NOTICE that there are no longer any issues in this matter between Plaintiff Gary Watson ("Plaintiff") and Backgroundchecks.com LLC to be determined by this Court. Plaintiff and Backgroundchecks.com LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Backgroundchecks.com LLC are hereby

//

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com

dismissed with prejudice, with each party to bear his/its own attorneys' fees and costs.

**IT IS SO STIPULATED.**
DATED: March 19, 2024.

| LAW OFFICES OF MILES N. CLARK, LLC | LITTLER MENDELSON, P.C. |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Diana G. Dickinson* |
| Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: miles@milesclarklaw.com | Diana G. Dickinson, Esq.<br>Nevada Bar No. 13477<br>3960 Howard Hughes Pkwy., Suite 300<br>Las Vegas, NV 89169<br>Email: ddickinson@littler.com |
| *Counsel for Plaintiff*<br>*Gary Watson* | *Counsel for Defendant*<br>*Backgroundchecks.com LLC* |

## ORDER DISMISSING AND CLOSING CASE

Based on the stipulation [ECF No. 29] between plaintiff and Backgroundchecks.com LLC to dismiss this last remaining defendant, and with good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 21, 2024

*Watson v. Backgroundchecks.com et al*
*Case No. 2:23-cv-01473-JAD-NJK*